# CASES

ARGUED AND DETERMINED

IN THE

# SUPREME COURT OF JUDICATURE

OF THE

## STATE OF NEW-YORK,

IN JANUARY TERM, 1830, IN THE FIFTY-FOURTH YEAR OF OUR INDEPENDENCE.

---

### ANON.

A MOTION was made on the first day of term for an order to prosecute the bond given by a sheriff for his appearance, on being arrested on an attachment for not bringing in the body of a defendant returned taken on a capias ; the sheriff not appearing when demanded.   Cur. ad. vult.

At a subsequent day, Mr. Justice SUTHERLAND delivered the opinion of the court, that the *Revised Statutes*, (vol. 2, 539, § 27,) did not require a departure from the practice of the court of giving a sheriff a day in term for his appearance subsequent to the return day of the attachment; and that a rule ordering the prosecution of a bond in such cases would not be made until the *quarto die post* the return of the attachment.

*A rule ordering the prosecution of a sheriff's bond, given on being served with an attachment, will not be granted until the quarto die post the return.*